**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-0007-MSK-03

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ANGELINA YNIQUEZ,

      Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On March 21, 2007, the probation officer submitted a petition for early termination of probation in this case.  On March 21, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on the same date.  The probation officer spoke to Assistant United States Attorney, Joseph Mackey, on March 19, 2007, and he has no objection to the proposed relief.  Accordingly, it is

      ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

      Dated this 10th day of April, 2007

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge